31 A.3d 285

Emmit GILES, Petitioner

v.

CITY OF PHILADELPHIA, Respondent.

No. 33 EM 2011.

Supreme Court of Pennsylvania.

Oct. 5, 2011.

## ORDER

**AND NOW,** this 5th day of October, 2011, the Petition for Review is **DENIED.**

31 A.3d 285

Victor JIMENEZ, Petitioner

v.

COURT OF COMMON PLEA CLERK, Respondent.

No. 67 EM 2011.

Supreme Court of Pennsylvania.

Oct. 13, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of October, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**